**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUANN REIN, an individual,<br><br>                              Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, a governmental entity, SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY, a governmental entity, and DOES 1 to 10, inclusive,<br><br>                              Defendants. | Case No.: 22-cv-01856-W (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS THE FOURTH CAUSE OF ACTION WITHOUT PREJUDICE AND EXTENSION FOR SDCRAA TO ANSWER [DOC. 10]** |

Pending before the Court is the parties' Joint Motion To Dismiss Fourth Cause of Action of First Amended Complaint and for Extension for Defendant San Diego County Regional Airport Authority to Answer First Amended Complaint [Doc. 10]. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 10] and hereby orders that:

1. Plaintiff's fourth cause of action in its First Amended Complaint alleging vicarious liability of the SDCRAA pursuant to Cal. Gov. Code § 815.2 is **DISMISSED WITHOUT PREJUDICE**;

2. SDCRAA has until February 21, 2023 to answer the First Amended Complaint;

3. SDCRAA's Motion to Dismiss for Failure to State a Claim [Doc. 3] is terminated as moot.

**IT IS SO ORDERED.**

Dated: February 13, 2023

_____
Hon. Thomas J. Whelan
United States District Judge