UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUANN REIN,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No.:  3:22-cv-01856-W-AHG<br><br>**ORDER:**<br><br>**(1) GRANTING JOINT MOTION TO VACATE EXPERT DEADLINES (ECF No. 31);**<br><br>**(2) SETTING DEADLINE TO LODGE JOINT STATUS REPORT REGARDING SETTLEMENT; and**<br><br>**(3) DEFERRING RULING ON MOTION TO COMPEL (ECF No. 27)**<br><br>**[ECF Nos. 27, 31]** |

Before the Court is the parties' Joint Motion to Vacate Expert Disclosure and Report Exchange Deadlines and Expert Discovery Cutoff. ECF No. 31. In the Joint Motion, the parties report that following private mediation on October 9, 2023, they have reached a global settlement in principle, but the agreement is still pending agency approval. *Id.* at 1. The United States has recommended that the agency concur in the settlement, but the process for that concurrence is expected to take several weeks. *Id.* Accordingly, the parties ask that all upcoming expert deadlines be vacated pending agency approval of the settlement. The parties state that they will file a notice of settlement upon receipt of agency approval of the settlement, or alternatively, that they will meet and confer to provide the Court with new proposed expert deadlines if the settlement is not approved. *Id.*

Good cause appearing, the Joint Motion to vacate expert deadlines (ECF No. 31) is **GRANTED**. The Court **VACATES** all pending deadlines for expert designations, the exchange of initial and rebuttal expert reports, and the expert discovery cutoff.

The parties are **ORDERED** to file a Joint Status Report by **December 13, 2023**, apprising the Court of the status of agency review of the settlement. This deadline shall be automatically vacated if the parties file a Notice of Settlement by that date.

In light of the parties' settlement in principle, the Court will **DEFER** ruling on the parties' Joint Motion re Plaintiff Luann Rein's Request for Order Compelling Additional Depositions and Discovery Responses (ECF No. 27). If the parties notify the Court that the settlement did not receive agency approval, the Court will issue a ruling on the motion in due course after receipt of such notice.

All other dates, deadlines, and requirements set forth in the Court's April 21, 2023 Scheduling Order (ECF No. 20) remain in place as previously set. However, depending on the information in the Joint Status Report due by December 13, the Court may continue the remaining dates in the case schedule at that time.

**IT IS SO ORDERED.**

Dated: October 18, 2023

_Allison H. Goddard_
Honorable Allison H. Goddard
United States Magistrate Judge